O'LEARY, Respondent, v. DAILY TELEGRAPH PUB. CO., Appellant. (Supreme Court,

Appellate Division, Second Department. May 8, 1900.) Action by Denis O'Leary against the Daily Telegraph Publishing Company. No opinion. Judgment and order affirmed, with costs.